IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LUTHER HICKS and
ROBIN HICKS,

    Plaintiffs,

v.                             No. 05-2506 B

ALMOND RV, INC., et al.,

    Defendants.

---

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT FREIGHTLINER'S MOTION TO DISMISS

---

Before the Court is the December 14, 2005 motion of the Defendant, Freightliner LLC, for leave to file a reply to the memorandum of the Plaintiffs, Luther Hicks and Robin Hicks, in response to the Defendant's motion to dismiss certain claims. The Local Rules of the United States District Court for the Western District of Tennessee (the "Local Rules") require that motions be accompanied by a certificate of consultation "affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." LR7.2(a)(1)(B), Local Rules. The certificate of consultation

> must contain the names of participating counsel and the date and manner of consultation. The burden will be on counsel filing the motion to initiate the conference upon giving reasonable notice of the time, place and specific nature of the conference. If an opposing counsel or party refuses to cooperate in the conduct of a conference, counsel must file a certificate to that effect, setting out counsel's efforts to comply with this rule.

LR7.2(a)(1)(B), Local Rules (internal footnote omitted). In this case, there is no indication

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



Defendant's counsel conferred with attorneys for the Plaintiffs on the matter which is the subject of the motion or that any attempt was made to do so. "Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion." LR7.2(a)(1)(B), Local Rules.

As the motion is procedurally defective, it is hereby DENIED without prejudice.

IT IS SO ORDERED this 14th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02506 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Lawrence A. Sutter
SUTTER O'CONNELL & FARCHIONE
217 Second Ave., S.
Franklin, TN 37064

Joy Burns Day
SUTTER O'CONNELL MANNION & FARCHIONE, LPA
217 Second Ave, South
Franklin, TN 37064

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT