FILED BY _____ D.C.

05 DEC 22 PM 2:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

| | |
|---|---|
| LUTHER HICKS and ROBIN HICKS, | ) ) ) |
| Plaintiff, | ) No. 05-2506-3V ) |
| -vs- | ) JUDGE BREEN ) MAGISTRATE VESCOVO |
| ALMOND RV, INC., FLEETWOOD ENTERPRISES, INC., FREIGHTLINER, LLC., BARLOWORLD FREIGHTLINER, INC., and BANK OF AMERICA SPECIALTY FINANCE, INC. | ) ) JURY DEMANDED ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DEFENDANT FREIGHTLINER, LLC'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT FREIGHTLINER LLC'S MOTION TO DISMISS CLAIMS WITH MAGNUSON-MOSS WARRANTY ACT, TENNESSEE CONSUMER PROTECTION ACT, AND MONEY HAD AND RECEIVED

Based on the reasons set forth within Freightliner, LLC's Motion for Leave to File a Reply to Plaintiffs' Memorandum in Response to Defendant Freightliner, LLC's Motion to Dismiss Claims with Magnuson-Moss Warranty Act, Tennessee Consumer Protection Act, and Money Had and Received and its accompanying Memorandum with the attached Certificate of Consultation by Counsel Pursuant to Local Rule 7.2(a)(1)(B), the Court hereby grants said Motion and Defendant Freightliner, LLC shall have ten (10) days from the entry of this Order in which to file its Reply.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-23-05

_____
J. DANIEL BREEN, JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02506 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Lawrence A. Sutter
SUTTER O'CONNELL & FARCHIONE
217 Second Ave., S.
Franklin, TN 37064

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Joy Burns Day
SUTTER O'CONNELL MANNION & FARCHIONE, LPA
217 Second Ave, South
Franklin, TN 37064

Honorable J. Breen
US DISTRICT COURT