IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LUTHER HICKS and
ROBIN HICKS,

    Plaintiffs,

v.                                      No. 05-2506 B

ALMOND RV, INC., et al.,

    Defendants.
_____

ORDER DIRECTING PARTIES TO REPORT ON COURT-ORDERED MEDIATION
_____

On April 3, 2006, this Court directed the parties in this matter to participate in the Court-certified mediation program and to submit a report on the outcome thereof. The Court also extended the deadline for submitting dispositive motions for two weeks past the conclusion of the mediation, but not later than May 31, 2006. To date, no report has been provided to the Court. Therefore, the parties are hereby ORDERED to file a joint report on the outcome of mediation within eleven (11) days of the entry of this order. In the event they have not engaged in mediation as directed, counsel must include in their report the reasons for their failure to do so.[1]

IT IS SO ORDERED this 14th day of June, 2006.

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

---

[1] Counsel are admonished that, pursuant to Rule 37 of the Federal Rules of Civil Procedure, failure to comply with Court orders may result in staying of the case until the order is complied with, judgment by default against the disobedient party, dismissal of the case in its entirety, and/or other sanctions, including imposition of attorneys' fees. See Fed. R. Civ. P. 37(b).